# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CERVANTES,<br><br>                Petitioner,<br><br>        v.<br><br>GREG LEWIS, WARDEN<br><br>                Respondent. | Case No.: 1:11-cv-01596 JLT (HC)<br><br>ORDER TO PETITIONER TO FILE EXHIBITS TO PETITION FOR WRIT OF HABEAS CORPUS<br><br>ORDER SUBSTITUTING GREG LEWIS AS THE PROPER RESPONDENT |

Petitioner Ruben Cervantes is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In his petition, Cervantes refers to various exhibits which he asserts are attached to the petition; they are not. Therefore, within 21 days Petitioner **SHALL** file the exhibits referred to in his petition.

In the answer, the Deputy Attorney General reports that the warden of Pelican Bay State Prison, where Petitioner is housed, is Greg Lewis. (Doc. 10 at 1) The Deputy Attorney General requests Greg Lewis be substituted for D. Gail Lewis, the previous warden. Good cause appearing, the requested substitution is **GRANTED**.

IT IS SO ORDERED.

Dated:    **September 4, 2013**              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE