UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CERVANTES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GREG LEWIS, Warden,<br><br>　　　　Respondent. | Case No.: 1:11-cv-01596-JLT<br><br>ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDERS<br><br>THIRTY DAY DEADLINE |

　　　　Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 7, 2011, Petitioner filed his written consent to the Magistrate Judge's jurisdiction for all purposes. (Doc. 7). On November 8, 2011, Respondent filed his written consent. (Doc. 9).

**PROCEDURAL HISTORY**

　　　　On September 23, 2011, Petitioner filed the instant habeas petition. (Doc. 1). On October 7, 2011, Petitioner filed a notice of change of address to Pelican Bay State Prison. (Doc. 8). On December 2, 2011, Respondent filed an Answer. (Doc. 10). On September 5, 2013, the Court issued an order requiring Petitioner to submit exhibits referred to in his petition. (Doc. 11). On September 13, 2013, the order sent by the Court to Petitioner was returned as "undeliverable, not at Pelican Bay State Prison." Petitioner has never responded to the Court's September 5, 2013 order nor has he filed

a new change of address form subsequent to the previous change of address notification filed on October 7, 2011.  Indeed, the latter document, filed just two weeks after the petition, was the last communication this Court has had with Petitioner, a period of well over two years.

## ORDER

Accordingly, Petitioner is **ORDERED** to SHOW CAUSE in writing within 30 days of the date of service of this Order, why the petition should not be dismissed for Petitioner's failure to prosecute his case and to follow the orders of this Court.  Petitioner's response should provide both his reasons for failing to comply with the Court's orders and notification of his present mailing address.

**Petitioner's failure to comply with this Order to Show Cause and timely file a response will result in an order dismissing the petition and closing the case**.

IT IS SO ORDERED.

Dated:    **January 21, 2014**              /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE